ROBERT W. DANERI, SBN 56833
CHARLES W. SAVAGE, SBN 78034
BETTY R. QUARLES, SBN 155511
GINA MARIE S. ONG, SBN 204137
STATE COMPENSATION INSURANCE FUND
900 Corporate Center Drive, Suite 401
Monterey Park, CA  91754-7618
Mailing Address:  P.O. Box 2009
                          Monterey Park, CA 91754-0959
Telephone: (323) 526-2045   Fax: (323) 526-2012

Attorneys for Defendant
STATE COMPENSATION INSURANCE FUND
A Public Enterprise Fund

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERONN JEFFRY HUGHES, | Case No. CV 07 5385 GAF (JWJx) |
| Plaintiff, | **JUDGMENT OF DISMISSAL OF ACTION [FRCP 58]** |
| vs. | |
| STATE COMPENSATION INSURANCE FUND, | [Assigned to Honorable District Judge Gary A. Feess] |
| Defendant. | |

On February 28, 2008, the Court granted without leave to amend the Motions to Dismiss the First Amended Complaint of Defendants State Compensation Insurance Fund and Midstate Construction Corporation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the entire action be, and it is hereby dismissed, and judgment entered on behalf of Defendant State Compensation Insurance Fund.

Dated:_March 27, 2008_____     _____
                                                          GARY A. FEESS
                                                          United States District Court Judge